UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| COREY LOUIS HINES, | ) | |
|---|---|---|
| Movant, | ) | |
| v. | ) | No. 4:10CV41 HEA |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that movant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

Dated this 3rd day of March, 2010.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE